**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-1358**

_____

MARILOU B. COBERO,

Plaintiff - Appellant,

versus

JOHN E. POTTER, Postmaster General, U. S.
Postal Service,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  T. S. Ellis, III, District
Judge.  (CA-02-540-A)

_____

Submitted:  October 31, 2003          Decided:  November 20, 2003

_____

Before KING, SHEDD, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Norman L. Stack, Beatriz D. Stack, STACK & STACK, McLean, Virginia,
for Appellant.  Paul J. McNulty, United States Attorney, Dennis E.
Szybala, Assistant United States Attorney, Alexandria, Virginia,
for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Marilou B. Cobero appeals the district court's orders granting summary judgment in favor of the United States Postal Service on her claims of national origin discrimination, retaliation, and hostile work environment and denying her motion filed pursuant to Fed. R. Civ. P. 59(e). We have reviewed the record on appeal and the parties' briefs and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Cobero v. Potter, No. CA-02-540-A (E.D. Va. filed Dec. 20, 2002 & entered Dec. 26, 2002; filed Mar. 19, 2003 & entered Mar. 20, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED